UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
JAN 26 2023
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                          INDICTMENT NO. 6: 23-CR-01-REW

STACEY R. SMITH and
SHANE BROCK

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

COUNT 1
21 U.S.C. § 846

Beginning on or about a day in January 2021, the exact date unknown, and continuing through on or about March 25, 2022, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**STACEY R. SMITH and
SHANE BROCK**

did conspire together and with others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine and a mixture or substance containing a detectable amount of fentanyl, both of which are Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

As part of this conspiracy, it was agreed upon and reasonably foreseeable as to **STACEY R. SMITH** that 500 grams of a mixture or substance containing a detectable

amount of methamphetamine and 400 grams or more of a mixture or substance containing a detectable amount of fentanyl would be distributed, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about February 17, 2022, in Laurel County, in the Eastern District of Kentucky,

### STACEY R. SMITH

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 18 U.S.C. § 924(c)(1)(A)

On or about February 17, 2022, in Laurel County, in the Eastern District of Kentucky,

### STACEY R. SMITH

did knowingly possess a firearm in furtherance of a drug trafficking offense for which she may be prosecuted in a Court of the United States, as set forth in Counts 1 and 2, that is, conspiracy to distribute controlled substances and distribution of methamphetamine, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about March 25, 2022, in Laurel County, in the Eastern District of Kentucky,

**STACEY R. SMITH**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine and a mixture or substance containing a detectable amount of fentanyl, both of which are Schedule II controlled substances, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1. By virtue of the commission of the felony offenses alleged in Counts 1, 2, and 4, of the Indictment, **STACEY R. SMITH** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 846 and 841. Any and all interest that **STACEY R. SMITH** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offense alleged in Count 3 of the Indictment, **STACEY R. SMITH** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. §§ 924. Any and all interest that **STACEY R. SMITH** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNITION:**

a. A Glock, model 27, .40 caliber pistol, serial number BEXP059; and
b. several rounds of .40 caliber ammunition.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **STACEY R. SMITH** has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461.

**A TRUE BILL**

**FOREPERSON**

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1, 2, and 4:

**Less than 50 grams or a mixture or substance containing methamphetamine and/or less than 40 grams of a mixture or substance containing fentanyl:** Not more than 20 years imprisonment, nor more than a $1,000,000 fine, and at least 3 years supervised release.

**Between 50 grams and 500 grams of a mixture or substance containing methamphetamine and/or 40 grams and 400 grams of a mixture or substance containing fentanyl:** Not less than 5 years nor more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**500 grams or more of a mixture or substance containing methamphetamine and/or 400 Grams or more of a mixture of substance containing fentanyl:** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

### COUNT 3:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:**        Mandatory special assessment of $100 per count.

**PLUS:**        Forfeiture of listed property.

**PLUS:**        Restitution, if applicable.